**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| VICTORIA P. ROBERTS | ) | Case No. 21-16000-TBM |
| SSN: xxx-xx-7096 | ) | |
| | ) | |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | |
| | ) | |
| TOGETHER REAL ESTATE HOLDINGS, LLC, | ) | |
| Chapter 7, Trustee, | ) | |
| | ) | |
| Plaintiff, | ) | Adv. Pro. 22-01043-TBM |
| | ) | |
| v. | ) | |
| | ) | |
| VICTORIA P. ROBERTS, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING MOTION TO DISMISS SECOND CLAIM FOR RELIEF PURSUANT TO FED. R. BANKR. P. 7012(b)(6)**

THIS MATTER, having come before the Court on the Defendant's Motion to Dismiss Second Claim for Relief Pursuant to Fed. R. Bankr. P. 7012(b)(6) ("Motion"), the Court having reviewed the Motion, no substantiated objection having been received, finding good cause for granting the requested relief, does hereby

ORDER

That the Motion is GRANTED. The Plaintiff's Second Claim for Relief for a Nondischargeable Claim Pursuant to 11 U.S.C. § 523(a)(4) is hereby dismissed.

Done and entered this _____ day of April, 2022 at Denver, Colorado.

                                                                                                                                               _____
                                                                                                                                               Honorable Thomas B. McNamara
                                                                                                                                               United States Bankruptcy Judge