**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| TOGETHER REAL ESTATE HOLDINGS, | ) | Bankruptcy Case No. 21-16000-TBM |
| LLC, a Nevada limited liability company | ) | Chapter 7 |
| | ) | |
| Plaintiff. | ) | |
| | ) | |
| v. | ) | |
| | ) | ADVERSARY NO. 22-01043-TBM |
| VICTORIA P. ROBERTS | ) | |
| | ) | |
| Debtor/Defendant | ) | |

---

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO
DEFENDANT'S MOTION TO DISMISS SECOND CLAIM FOR RELIEF**

---

Plaintiff, Together Real Estate Holdings, LLC ("Together Real Estate"), through undersigned counsel, for its Motion for Extension of Time to Respond to Defendant's Motion to Dismiss Second Claim for Relief, states as follows:

**COMPLIANCE WITH DUTY TO CONFER**

Undersigned counsel for Plaintiff certifies that he has conferred with counsel for Defendant and Defendant opposes this request.

**MOTION**

1.      Defendant filed its Motion to Dismiss Second Claim for Relief Pursuant to Fed.R.Bankr.P. 7012(b)(6) ("Motion") on April 7, 2022.

2.      Pursuant to L.B.R. 7007-1, Plaintiff's Response is due on April 21, 2022.

3.      Due to the press of business and the need to confer with the client representative for Plaintiff, Plaintiff requests additional time to prepare a response to Defendant's Motion.

Additionally, at this time, Plaintiff is reviewing Defendant's proposed Plan of Reorganization and considering how this adversary proceeding may be affected by the Plan of Reorganization.

4.      Plaintiff requests an extension of time up to and including May 5, 2022 in which to file its Response to the Motion.

5.      This request is not submitted to cause undue delay or prejudice to any party.

WHEREFORE, Plaintiff Together Real Estate Holdings, LLC respectfully requests an extension of time to and including May 5, 21022 to file its Response to Defendants Motion to Dismiss Second Claim for Relief Pursuant to Fed.R.Bankr.P. 7012(b)(6).

Dated:  April 21, 2022.

By  /s/ Alan D. Sweetbaum
Alan D. Sweetbaum No. 13491
Sweetbaum Sands Ramming PC
1125 17th Street, Suite 2100
Denver, Colorado 80202
Telephone (303) 296-3377
Facsimile (303) 296-7343

## <u>CERTIFICATE OF SERVICE</u>

I certify that on April 21, 2022, I served a complete copy of the foregoing **PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS SECOND CLAIM FOR RELIEF** on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

Keri L. Riley
Kutner Brinen Dickey Riley, P.C.
1660 Lincoln St., Suite 1720
Denver, CO 80264

_S/Janelle Stoller_
Janelle Stoller