## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| VICTORIA P. ROBERTS | ) | Case No. 21-16000-TBM |
| SSN: xxx-xx-7096 | ) | |
| | ) | |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | |
| TOGETHER REAL ESTATE HOLDINGS, LLC, | ) | |
| Chapter 7, Trustee, | ) | |
| | ) | |
| Plaintiff, | ) | Adv. Pro. 22-01043-TBM |
| | ) | |
| v. | ) | |
| | ) | |
| VICTORIA P. ROBERTS, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER GRANTING MOTION TO DISMISS SECOND CLAIM FOR RELIEF PURSUANT TO FED. R. BANKR. P. 7012(b)(6)

THIS MATTER comes before the Court on the Defendant's "Motion to Dismiss Second Claim for Relief Pursuant to Fed. R. Bankr. P. 7012(b)(6)" (Docket No. 7, the "Motion"). In the Response to the Motion (Docket No. 12), the Plaintiff concedes that Second Claim should be dismissed. It is, therefore,

ORDERED that the Motion is GRANTED. The Plaintiff's Second Claim (labeled "Count 2") for "Nondischargeable Debt for Fraud or Defalcation While Acting in a Fiduciary Capacity" pursuant to 11 U.S.C. § 523(a)(4) is hereby DISMISSED. It is

FURTHER ORDERED that the Defendant shall have until **May 20, 2022**, to file an Answer to the remaining claim for relief in the Complaint.

Dated this 6th day of May, 2022.

BY THE COURT:

*Thomas B. McNamara*

Honorable Thomas B. McNamara United States Bankruptcy Judge

6